# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAULO HENRIQUE DE OLIVEIRA,

    Plaintiff,

v.                                     Case No:   6:26-cv-310-CEM-LHP

SECRETARY OF HOMELAND
SECURITY, DIRECTOR, U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES, U.S. CITZENSHIP AND
IMMIGRATION SERVICES (USCIS),
DEPARTMENT OF HOMELAND
SECURITY (DHS) and UNITED
STATES OF AMERICA,

    Defendants

## ORDER

Before the Court is Plaintiff's Emergency Motion to Seal Case or, in the Alternative, to Proceed Under a Pseudonym. Doc. No. 4. On review, the motion fails to comply with the Court's Local Rules because it does not include a memorandum of legal authority as required by Local Rule 3.01(b) and does not comply with the requirements for a motion to seal pursuant to Local Rule 1.11. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal

Rules of Civil Procedure"). Moreover, Plaintiff fails to explain why the entire case must be sealed, rather than specific exhibits to the complaint. The Court further notes that, under Rule 5.2(c) of the Federal Rules of Civil Procedure, access to this action is already restricted.

Accordingly, the motion (Doc. No. 4) is **DENIED without prejudic**e. Any renewed motion must comply with the Local Rules, identify the specific information in the record that Plaintiff wishes to be sealed, and provide legal authority demonstrating that sealing such information is appropriate under governing law.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties